IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:26-cv-01515

X.AI LLC,

      Plaintiff,

v.

PHILIP J. WEISER, COLORADO ATTORNEY GENERAL,

      Defendant.

---

### CERTIFICATE OF THE ACTING ATTORNEY GENERAL

---

I, Todd Blanche, Acting Attorney General of the United States, hereby certify pursuant to

42 U.S.C. § 2000h-2 that the above-captioned case is of general public importance.

Signed this _24th_ day of April 2026 in Washington, D.C.

_____
TODD BLANCHE
Acting Attorney General of the United States