IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01515-CYC

X.AI, LLC,

      Plaintiff,

v.

Philip J. Weiser, Colorado Attorney General,

      Defendant.

---

**JOINT MOTION TO VACATE SCHEDULING CONFERENCE AND SUSPEND CASE DEADLINES AND STIPULATION TO TEMPORARILY STAY ENFORCEMENT**

---

Plaintiff X.AI, LLC (xAI) and Defendant Philip J. Weiser, Colorado Attorney General (the Attorney General), through their respective undersigned counsel, jointly move to vacate the June 16, 2026 Scheduling Conference and suspend all case deadlines pending the completion of rulemaking on SB24-205 or any successor legislation and the resolution of xAI's forthcoming motion for a preliminary injunction, during which time enforcement of SB24-205 or any successor statute enacted during this legislative session will be stayed.

On April 9, 2026, xAI filed suit seeking to enjoin enforcement of SB24-205, which becomes effective June 30, 2026. Compl. (Doc. 1). Before and since April 9, the parties' counsel have conferred regarding xAI's intent to file a motion for a preliminary injunction to enjoin the enforcement of SB24-205 against xAI.

On March 17, 2026, the Colorado AI Policy Working Group convened by Governor Polis published a draft proposed bill to repeal and replace SB24-205. Given the possibility that legislation replacing or amending SB24-205 will be enacted during the 2026 Regular Session of

the Colorado General Assembly, the Attorney General does not intend to promulgate rules

implementing SB24-205 or any legislation replacing or amending SB24-205 until the legislative

session concludes. Further, the Attorney General does not intend to enforce SB24-205 or any

legislation replacing or amending SB24-205 until after the rulemaking process has concluded.

The parties have therefore stipulated and propose as follows:

1.      The Attorney General has exclusive authority to enforce SB24-205. Colo. Rev.

Stat. § 6-1-1706(1).

2.      The Attorney General agrees not to initiate enforcement against xAI, including

but not limited to the initiation of an investigation, for alleged violations of SB24-205 (or any

legislation replacing or amending SB24-205 enacted during this legislative session) that occurred

or may occur on or before 14 days after the date this Court issues a ruling on xAI's forthcoming

motion for a preliminary injunction in this case.

3.      xAI agrees to submit a motion for preliminary injunction and, if necessary, file an

amended complaint, within 28 days after final adoption of rulemaking implementing SB24-205

or any legislation that may replace or amend SB24-205.

4.      Due to the possibility of legislation replacing or amending SB24-205 and the need

for the Attorney General to engage in rulemaking before enforcement of SB24-205 or legislation

replacing or amending SB24-205, the parties respectfully request that the Court vacate the

Scheduling Conference scheduled for June 16, 2026, and suspend all case management and other

deadlines pending the Court's resolution of xAI's forthcoming motion for preliminary injunction.

5.      The parties submit a proposed order granting their requested relief with this joint

motion and stipulation.

Dated: April 24, 2026

Respectfully submitted,


*s/ William D. Hauptman*                                    *s/ Heather Kelly*

Frederick R. Yarger                                                Heather Kelly
William D. Hauptman                                            First Assistant Attorney General
Wheeler Trigg O'Donnell LLP                               Peter G. Baumann
370 Seventeenth Street, Suite 4500                       Senior Assistant Attorney General
Denver, CO 80202                                                 Ralph L. Carr Colorado Judicial Center
Telephone:   303.244.1800                                    1300 Broadway, 6th Floor
Facsimile:    303.244.1879                                     Denver, CO 80203
Email:   yarger@wtotrial.com                                 Telephone:     720.508.6152
             hauptman@wtotrial.com                          Facsimile:      720.508.6041
                                                                          Email:   heather.kelly@coag.gov
                                                                                       peter.baumann@coag.gov


James Burnham                                                     Attorneys for Defendant Philip J. Weiser,
X.AI LLC                                                              Colorado Attorney General
601 13th Street NW 12th Floor
Washington, DC 20005
Email: jburnham@x.ai

Adam Mehes
Argirios J. Nickas
X.AI LLC
249 W. 17th Street
New York, NY 10011
Email: amehes@x.ai
            anickas@x.ai

Reid Coleman
X.AI LLC
865 FM 1209, Building 2
Bastrop, TX 78602
Email: rcoleman@x.ai

Attorneys for Plaintiff X.AI LLC

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on April 24th, 2026, I electronically filed the foregoing **Joint Motion to Vacate Scheduling Conference and Suspend Case Deadlines and Stipulations to Temporarily Stay Enforcement** with the Clerk of Court using the CM/ECF system and sent the filing via email to the following email address:

- **Heather Kelly**
  heather.kelly@coag.gov

- **Peter G. Baumann**
  peter.baumann@coag.gov

*s/ William D. Hauptman*