## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01515-CYC

X.AI, LLC,

      Plaintiff,

v.

Philip J. Weiser, Colorado Attorney General,

      Defendant.

---

## ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING CONFERENCE AND SUSPEND CASE DEADLINES AND STIPULATION TO TEMPORARILY STAY ENFORCEMENT

---

This matter comes before the Court on the Parties' Joint Motion to Vacate Scheduling Conference and Suspend Case Deadlines and Stipulation to Temporarily Stay Enforcement. Having reviewed the Joint Motion, the Court orders as follows:

1. Defendant Philip J. Weiser, Colorado Attorney General (the Attorney General) shall not initiate enforcement against Plaintiff X.AI, LLC (xAI), including but not limited to the initiation of an investigation, for alleged violations of SB24-205 (or any legislation replacing or amending SB24-205 enacted during this legislative session) that occurred or may occur on or before 14 days after the date this Court issues a ruling on xAI's forthcoming motion for a preliminary injunction in this case.

2. xAI shall submit a motion for preliminary injunction and, if necessary, file an amended complaint, within 28 days after final adoption of rulemaking implementing SB24-205 or any legislation that may replace or amend SB24-205.

3.      The Scheduling Conference scheduled for June 16, 2026, is vacated, and all case
management and other deadlines are stayed, pending the Court's resolution of xAI's forthcoming
motion for preliminary injunction.

_____
United States District Judge