**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01515-DDD-CYC

X.AI, LLC,

      Plaintiff, and

UNITED STATES OF AMERICA,

      Plaintiff-Intervenor,

v.

PHILIP J. WEISER, Colorado Attorney General,

      Defendant.

---

**REVISED JOINT MOTION TO VACATE SCHEDULING CONFERENCE AND
SUSPEND CASE DEADLINES AND STIPULATION TO TEMPORARILY STAY
ENFORCEMENT**

---

Plaintiff X.AI, LLC (xAI); Plaintiff-Intervenor United States of America; and Defendant Philip J. Weiser, Colorado Attorney General (the Colorado Attorney General), through their respective undersigned counsel, jointly move to vacate the June 16, 2026 Scheduling Conference and suspend all case deadlines pending the completion of rulemaking on SB24-205 or any successor legislation and the resolution of xAI's forthcoming motion for a preliminary injunction, during which time enforcement of SB24-205 or any successor statute enacted during this legislative session will be stayed.

On April 9, 2026, xAI filed suit seeking to enjoin enforcement of SB24-205, which becomes effective June 30, 2026. Compl. (Doc. 1). Before and since April 9, xAI's and the Colorado Attorney General's counsel have conferred regarding xAI's intent to file a motion for a preliminary injunction to enjoin the enforcement of SB24-205 against xAI. On April 24, 2026, the

United States filed a Motion to Intervene (Doc. 12), which the Court granted the same day (Doc. 16), and a Complaint in Intervention (Doc. 17). Shortly after the Court granted the United States' Motion to Intervene, xAI and the Colorado Attorney General filed a Joint Motion to Vacate Scheduling Conference and Suspend Case Deadlines and Stipulation to Temporarily Stay Enforcement (Doc. 18). All parties now seek to replace that Joint Motion (Doc. 18) with this Revised Joint Motion, which is joined by the United States.

On March 17, 2026, the Colorado AI Policy Working Group convened by Governor Polis published a draft proposed bill to repeal and replace SB24-205. Given the possibility that legislation replacing or amending SB24-205 will be enacted during the 2026 Regular Session of the Colorado General Assembly, the Colorado Attorney General does not intend to promulgate rules implementing SB24-205 or any legislation replacing or amending SB24-205 until the legislative session concludes. Further, the Colorado Attorney General does not intend to enforce SB24-205 or any legislation replacing or amending SB24-205 until after the rulemaking process has concluded. The parties have therefore stipulated and propose as follows:

1.      The Colorado Attorney General has exclusive authority to enforce SB24-205. Colo. Rev. Stat. § 6-1-1706(1).

2.      The Colorado Attorney General agrees not to initiate enforcement, including but not limited to the initiation of an investigation, for alleged violations of SB24-205 (or any legislation replacing or amending SB24-205 enacted during this legislative session) that occurred or may occur on or before 14 days after the date this Court issues a ruling on xAI's forthcoming motion for a preliminary injunction in this case.

3.      xAI agrees to submit a motion for preliminary injunction and, if necessary, file an amended complaint, within 28 days after final adoption of rulemaking implementing SB24-205 or any legislation that may replace or amend SB24-205.

4.      Due to the possibility of legislation replacing or amending SB24-205 and the need for the Colorado Attorney General to engage in rulemaking before enforcement of SB24-205 or legislation replacing or amending SB24-205, the parties respectfully request that the Court vacate the Scheduling Conference scheduled for June 16, 2026, and suspend all case management and other deadlines pending the Court's resolution of xAI's forthcoming motion for preliminary injunction.

5.      The parties submit a proposed order granting their requested relief with this joint motion and stipulation.

Respectfully submitted this 24th day of April.

<table>
<tr><td>

s/ *William D. Hauptman*
Frederick R. Yarger
William D. Hauptman
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   yarger@wtotrial.com
           hauptman@wtotrial.com

James Burnham
X.AI LLC
601 13th Street NW 12th Floor
Washington, DC 20005
Email: jburnham@x.ai

Adam Mehes
Argirios J. Nickas
X.AI LLC
249 W. 17th Street
New York, NY 10011
Email: amehes@x.ai
          anickas@x.ai

Reid Coleman
X.AI LLC
865 FM 1209, Building 2
Bastrop, TX 78602
Email: rcoleman@x.ai

*Attorneys for Plaintiff X.AI LLC*

</td><td>

BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel
Enforcement & Affirmative Litigation Branch

Civil Division
U.S. Department of Justice

HARMEET K. DHILLON
Assistant Attorney General
JESUS A. OSETE
Principal Deputy Assistant Attorney General
ERIC SELL
Deputy Assistant Attorney General

s/ *Greta Gieseke*
GRETA GIESEKE
JOSHUA R. ZUCKERMAN
Attorneys

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-3847
Email: Greta.Gieseke@usdoj.gov

ATTORNEYS FOR PLAINTIFF-
INTERVENOR UNITED STATES OF
AMERICA

</td></tr>
</table>

PHILIP J. WEISER
Attorney General

/s/ *Heather Kelly*
Heather Kelly 36052*
First Assistant Attorney General
Kate Field
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone:    720.508.6152
Facsimile:    720.508.6041
Email:  heather.kelly@coag.gov
         kate.field@coag.gov

*Counsel of Record

Attorneys for Defendant Philip J. Weiser,
Colorado Attorney General