IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01515-DDD-CYC

X. AI LLC,

      Plaintiff, and

UNITED STATES OF AMERICA,

      Plaintiff-Intervenor,

v.

PHILIP J. WEISER,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on April 27, 2026.**

Before the Court is the parties' Revised Joint Motion to Vacate Scheduling Conference and Suspend Case Deadlines and Stipulation to Temporarily Stay Enforcement (the "Motion"). ECF No. 22. For good cause shown, and after consideration of the factors enunciated in S*tring Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 02-cv-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006), the parties' Motion, ECF No. 22, is **GRANTED**. A stay will not prejudice the plaintiff, who does not oppose the motion, ECF No. 22, will avoid burdening the parties with the costs of litigating, promotes judicial economy and efficiency, does not negatively impact nonparties, and is in the public interest. Accordingly, it is **ORDERED**:

1. The defendant shall not initiate enforcement, including but not limited to the initiation of an investigation, for alleged violations of SB24-205 (or any legislation replacing or amending SB24-205 enacted during this legislative session) that occurred or may occur on or before 14 days after the date the Court issues a ruling on xAI's forthcoming motion for a preliminary injunction in this case.
2. xAI shall submit a motion for preliminary injunction and, if necessary, file an amended complaint, within 28 days after final adoption of rulemaking implementing SB24-205 or any legislation that may replace or amend SB24-205.
3. The Scheduling Conference scheduled for June 16, 2026, is **VACATED**, and all case management and other deadlines are **STAYED**, pending the Court's resolution of xAI's forthcoming motion for preliminary injunction.

4. xAI and the Colorado Attorney General's original Joint Motion to Vacate Scheduling Conference and Suspend Case Deadlines and Stipulation to Temporarily Stay Enforcement, ECF No. 18, is **DENIED AS MOOT**.